**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. H-11-045 |
| | § | |
| JAMES PETERS | § | |

GOVERNMENT'S MOTION TO DISMISS
COUNTS I, II, AND III OF THE INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through her United States Attorney for the Southern District of Texas, JOSE ANGEL MORENO, and Ruben R. Perez and Joseph Magliolo, Assistant United States Attorneys, and respectfully moves this Honorable Court to dismiss Counts I, II, and III of the Indictment filed against James Peters.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully moves that this Motion to Dismiss Counts I, II, and III be GRANTED.

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney

By: /s/________________________
Ruben R. Perez
Assistant United States Attorney
(713) 567-9344

_______/s/___________________
Joe Magliolo
Assistant United States Attorney
(713) 567-9347

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Government's Motion to Dismiss Counts I, II, and III of the Indictment filed against James Peters was served on defendant's counsel of record by electronic mail on this the 9th day of September, 2011.

_____/s/___________________
RUBEN R. PEREZ
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. H-11-045 |
| | § | |
| JAMES PETERS | § | |

O R D E R

This cause, having come up for consideration upon the Motion of the United States to Dismiss Counts I, II, and III of the Indictment filed against JAMES PETERS,

It is hereby ORDERED that Counts I, II, and III be DISMISSED.

SIGNED this ____ day of September 2011, at Houston, Texas..

__________________________________
SIM LAKE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS